*corpus.* Decided February 15, 1904. The petition was was granted. *Mr. Dexter,* for petitioner.

---

No. 14. EX PARTE SUÁREZ.—Appeal from the District Court of San Juan. Decided February 17, 1904. The appeal was declared abandoned by reason of the non-appearance in time of the appellant. *Mr. Castro (Cruz),* for appellant.

---

No. 16. ARRUZA *v.* MALDONADO.—Appeal from the District Court of Ponce. Decided February 24, 1904. The appeal was declared abandoned by reason of the non-appearance of the appellant. *Mr. Casalduc,* for respondent.

---

No. 3. AMERICAN COLONIAL BANK *v.* THE REGISTRAR OF PROPERTY.—Appeal in complaint against the Registrar of Property of Caguas. Decided February 26, 1904. Complaint sustained. *Mr. Guzmán Benítez,* for appellant.

---

No. 88. CERECEDO HERMANOS & Co. *v.* GELY ET AL. Appeal from the District Court of San Juan. Decided February 27, 1904. Withdrawn on motion of the appellant. *Messrs. Diaz & Texidor,* for appellants.

---

No. 21. ROMERO *v.* BALDORIOTY ET AL. Appeal from the District Court of San Juan. Decided March 14, 1904. With-

zo 14, 1904. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Castro (Cruz).*

---

No. 21. GARCIA *v.* HIDALGO.—Apelación procedente de la Corte de Distrito de Mayagüez en autos sobre injunction. Resuelto en Marzo 18, 1904. Se dejó sin efecto el auto de injunction decretado por la Corte de Distrito por haberse declarado sin lugar la demanda con motivo de la cual se dictó el referido injunction. Abogado del apelante :*Sr. Texidor.*

---

No. 10. EX PARTE GIMÉNEZ.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Marzo 29, 1904. Se declaró no haber lugar á resolver el recurso. Abogado del apelante: *Sr. Martínez Quintero.*

---

No. 30. EX PARTE RODRÍGUEZ.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Abril 11, 1904. Denegada la solicitud. Abogado del peticionario: *Sr. Ramos.*

---

No. 103. GARCÍA *v.* ALONSO.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Abril 15, 1904. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Martínez Quintero.*

---

No.31. EX PARTE PADILLA.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Abril 18, 1904. Denegada la solicitud. Abogado del peticionario: *Sr. Ramos.*

drawn on motion of the appellant. *Mr. Castro (Cruz),* for appellant.

---

No. 21. GARCÍA *v.* HIDALGO.—Appeal from the District Court of Mayagüez in proceedings for injunction. Decided March 18, 1904. The writ of injunction issued by the district court is dissolved on the ground of the dismissal of the complaint on which the said injunction was issued. *Mr. Texidor,* for appellant.

---

No. 10. Ex PARTE GIMÉNEZ.—Appeal from the District Court of San Juan. Decided March 29, 1904. It was declared that the appeal could not be considered. *Mr. Martínez Quintero,* for appellant.

---

No. 30. Ex PARTE RODRÍGUEZ.—Petition for a writ of *habeas corpus.* Decided April 11, 1904. Petition denied. *Mr. Ramos,* for petitioner.

---

No. 103. GARCÍA *v.* ALONSO.—Appeal from the District Court of San Juan. Decided April 15, 1904. Withdrawn on motion of the appellant. *Mr. Martínez Quintero,* for appellant.

---

No. 31. Ex PARTE PADILLA.—Petition for a writ of *habeas corpus.* Decided April 18, 1904. Petition denied. *Mr. Ramos,* for petitioner.